FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Rakeem Sadat McClendon
_____
_____
_____
(Enter above full name of plaintiff or plaintiffs)

CV420-233

v.

Officer Anthony M Taylor (62893)
Chief Roy Minter
Savannah Police Department
_____
(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes _____ No ✓

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Docket number: _____

        4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____
   _____

   Defendants: _____
   _____

2. Court (name the district): _____
   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ____  No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes ____  No ✓

1. If your answer to C is yes, name the court and docket number for each case:

   _____   _____
   _____   _____
   _____   _____

II. Place of present confinement: **Chatham County Detention Center**

A. Is there a prisoner grievance procedure in this institution?  Yes ✓  No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ____  No ✓

C. If your answer to B is yes:

   1. What steps did you take? _____
      _____
      _____
      _____
      _____

   2. What was the result? _____
      _____
      _____
      _____
      _____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ____ No ✓

   If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: I did not utilize the prison grievance procedure because I don't have a problem with the prison I have a problem with the Savannah police department

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Rakeem S McClendon
   Address: 4114 Campbell St
   Savannah, GA 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Anthony M Taylor (62893)
   Position: Police Officer
   Place of employment: Savannah Police Department
   Current address: 201 Habersham St
   Savannah, GA 31412

C. Additional defendants: Roy Minter, Police Chief, Savannah Police Department, 201 Habersham St Savannah, GA 31412

4

IV.     Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was falsely arrested on 07/22/2020 at about 2300 hours. I got in an altercation with my fiancee's (Brittany Fripp) brother (Christopher Fripp) at Krogers (1900 E Victory Dr Savannah GA 31404). The police was called where officer Anthony M Taylor was first on the scene. He and other officers did a semi investigation that became bias and prejudice once I gave them my ID card and Officer Taylor saw that I had a criminal record. They mostly talked to the other guy although I was bleeding all over the place. The officer came back and told me "I was under arrest for aggravated battery because I knocked the guy teeth out," which was a libelous, slanderous and defamatory statement. Because of officer Taylor discriminatory feelings of my criminal history and his negligence to properly investigate the fact that mr Fripps wasn't missing any teeth from the fight, Officer Taylor deprived me of my rights by arresting me under false pretense and by writing a calumnious police report. I also believe that the Savannah Police Department and Chief Minter are partially to blame for depriving me of my rights by not adequately training Officer Taylor to properly collect all the facts before making an arrest and writing a slanderous police report

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be acquitted of this aggravated battery charge and compensated for my troubles with the amount of 64,650 plus Attorney fees

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of September, 20 20.

Prisoner No. _____

_____ /Rakeem mcClendon
(Signature of Plaintiff)

Hakeem McLendon
1074 Earl Griffin Dr.
Savannah, GA 31405

**RECEIVED**

U.S. Marshals Service
Savannah Georgia

JACKSONVILLE FL 320
28 SEP 2020 PM 1 L

U.S. District court
P.O. Box 8286
Savannah, GA 31412