IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
AUGUSTA

2022 SEP -8  P 2: 18

CLERK 2Butt
SO. DIST. OF GA.

|  |  |  |
|---|---|---|
| RAKEEM SADAT MCCLENDON, | ) | |
| | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-233 |
| | ) | |
| OFFICER ANTHONY M. TAYLOR, | ) | |
| Savannah Police Department, | ) | |
| CHIEF ROY MINTER, | ) | |
| Savannah Police Department, | ) | |
| SAVANNAH POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this _____ day of _____, 2022.

DUDLEY H. BOWEN JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA